# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUHAIL ABDU ANAM, *et al.* | ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1194 (TFH) |
| BARACK OBAMA, *et al.*, | ) ) | (ISN 837) |
| Respondents. | ) ) ) ) | |

## ORDER AMENDING THE SCHEDULING ORDER

The Scheduling Order in this case is amended as follows:

1.     Respondents will produce, on a rolling basis, the documents with which they seek to move to amend the factual return and will complete this production no later than September 17, 2010;

2.     Similarly, Respondents will comply, on a rolling basis, with their automatic discovery obligations under Sections I.D.1 and I.E.1 of the governing Case Management Order as they relate to the documents referenced in paragraph one, no later than September 17, 2010;

3.     Petitioner will have until October 18, 2010 to file his motion for additional discovery pursuant to Section I.E.2 of the CMO;

4.     All other deadlines in the original scheduling order will remain in effect.

**AND IT IS SO ORDERED.**

Thomas F. Hogan
United States District Judge